Nicholas Gordon (AZ#035309, DC#1044325)
National Labor Relations Board, Region 28
2600 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel:  (602) 416-4756
Fax:  (602) 640-2178
Email: nicholas.gordon@nlrb.gov
Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,**<br><br>Petitioner,<br><br>v.<br><br>**AJNC INDUSTRIES LLC D/B/A CLARK WELDING AND FABRICATING,**<br><br>Respondent. | Case No. 2:21-cv-00730-GMN-EJY<br><br>**AMENDED JOINT STIPULATION TO DISMISS** |

Pursuant to an Informal Settlement Agreement reached by the parties on October 6, 2021, in the underlying administrative proceedings in National Labor Relations Board Case 28-CA-266358, the parties hereby jointly stipulate and request that this matter be dismissed. Petitioner and Respondent further stipulate and agree that each are to bear their own fees and costs associated with this case.

**RESPECTFULLY SUBMITTED** this 31st day of May, 2022.

/s/ *Nicholas J. Gordon*  
Nicholas J. Gordon, Attorney

On behalf of:
Cornele A. Overstreet, Regional Director
National Labor Relations Board, Region 28
2600 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-3099

/s/ *Nick Crosby*  
Nick Crosby, Attorney

On behalf of:
AJNC Industries LLC d/b/a Clark Welding & Fabricating
3019 Sheridan Street
Las Vegas, NV 89102

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that in light of this Amended Stipulation, the Court **DENIES as moot** the parties' original stipulation of dismissal, (ECF No. 12).

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  31  day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1

1  Nicholas Gordon (AZ#035309, DC#1044325)
   National Labor Relations Board, Region 28
2  2600 N. Central Avenue, Suite 1400
   Phoenix, Arizona 85004
3  Tel:  (602) 416-4756
   Fax:  (602) 640-2178
4  Email: nicholas.gordon@nlrb.gov
   Attorney for Petitioner
5

6
                    **UNITED STATES DISTRICT COURT**
7                          **DISTRICT OF NEVADA**

8  **CORNELE A. OVERSTREET,**                    Case No. 2:21-cv-00730-GMN-EJY
   **Regional Director of the Twenty-Eighth**
9  **Region of the National Labor Relations**    **CERTIFICATE OF SERVICE OF**
   **Board, for and on behalf of the**           **AMENDED JOINT STIPULATION TO**
10 **National Labor Relations Board,**                       **DISMISS**

11                 Petitioner,
            v.
12
   **AJNC INDUSTRIES LLC D/B/A CLARK**
13 **WELDING AND FABRICATING,**

14                 Respondent.

15

16

17

18

19

20

21

22

23

24

25

26

                                    1

I hereby certify that on May 31, 2022, the Petitioner's Amended Joint Stipulation to Dismiss was served via filing in the Court's Case Management/Electronic Case Files system on:

Representative for AJNC Industries, LLC d/b/a Clark Welding and Fabricating

Nick D. Crosby, Attorney at Law
MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, NV 89145
Phone: (702) 942-2158
Mobile: (702) 326-9667
Fax: (702) 856-8898
Email: ncrosby@maclaw.com

**RESPECTFULLY SUBMITTED** this 31st day of May 2022.

/s/ Nicholas Gordon
Nicholas Gordon, Attorney

On behalf of:
Cornele A. Overstreet, Regional Director
National Labor Relations Board, Region 28
2600 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004

2